IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIANN L. ELLIS,

    Plaintiff,

vs.                                          CASE NO.: 4:10-cv-70-SPM-WCS

MICHAEL J. ASTRUE,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 31).  The Parties have been furnished copies and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 31) is *adopted* and incorporated by reference in this order.

2.    The decision of the commissioner is *reversed*.

3.    This case is remanded to the Commissioner to determine whether Plaintiff's limitation to sedentary work for the period from August 31, 2006, through November 24, 2008, rendered her disabled and entitled

to benefits.

DONE AND ORDERED this <u>twenty-third</u> day of May, 2011.

<i>s/ Stephan P. Mickle</i>
Stephan P. Mickle
Chief United States District Judge